1  CHRISTOPHER W. KATZENBACH
2  (SBN 108006)
   Email: ckatzenbach@kkcounsel.com
3  KATZENBACH LAW OFFICES
4  912 Lootens Place, 2nd Floor
   San Rafael, CA 94901
5  Telephone: (415) 834-1778
6  Fax: (415) 834-1842
   Attorneys for Plaintiff MELISSA ANTABLIN
7

8              UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
9

10 MELISSA ANTABLIN,                ) Case Nos.  2:18-cv-09474-MCS-SS;
                                    ) 2:20-cv-08762-MCS-AS
11         Plaintiff,               )
12    vs.                           )
                                    ) REQUEST TO APPEAR TELEPHONICALLY
13 MOTION PICTURE COSTUMERS,        )
   LOCAL #705, INTERNATIONAL        ) Date:  May 17, 2021
14 ALLIANCE OF THEATRICAL           ) Time:  10:00 a.m.
15 STAGE EMPLOYEES AND              ) Place: Courtroom 7C
   MOTION PICTURE                   )        First Street Courthouse
16 TECHNICIANS, ARTISTS AND         )        350 W. 1st Street
17 ALLIED CRAFTS,                   )        Los Angeles, California 90012
                                    )
18         Defendant.               )
                                    )
19

20      Christopher W. Katzenbach, counsel for Plaintiff Melissa Antablin, requests
21 to appear telephonically (by telephone or by Zoom) at the Scheduling Conference
22 on May 17, 2021 at 10:00 a.m.   In support of this Request, he states under penalty
23 of perjury as follows:
24      1. My office is in San Rafael, California.
25      2. Traveling to Los Angeles for the Scheduling Conference will involve the
26         expense of travel from the San Francisco area, including airfare and
27         transportation to and from airports.  I will require a full day of time to
28
                                    1

travel in order to ensure making the necessary flights to and from Los Angeles and other travel to and from the airports.

3. Because this case is on contingency, I will not be paid for the time I incur until the case is resolved.

4. The parties have agreed upon trial and other dates for this case. To the extent the parties have disagreements on other matters, resolving those issues should not require extensive argument or presentation that cannot be done on the telephone or in a Zoom conference.

5. My telephone number that can be used to appeal telephonically is 415-834-1778. I can also appear by Zoom if provided the necessary Zoom log-in information.

6. I advised opposing counsel by email on May 11, 2021 of my intention to make this Request to appeal telephonically.

WHEREFORE, Counsel for Plaintiff requests to appear telephonically (by telephone or by Zoom) at the Scheduling Conference on May 17, 2021 at 10:00 a.m.

I declare under penalty of perjury under Federal law and the laws of the State of California that the foregoing is true and correct.

Dated: May 12, 2021.

                    s/*Christopher W. Katzenbach*
                    Christopher W. Katzenbach
                    Attorney for Plaintiff Melissa Antablin