CHRISTOPHER W. KATZENBACH
(SBN 108006)
Email: ckatzenbach@kkcounsel.com
KATZENBACH LAW OFFICES
912 Lootens Place, 2nd Floor
San Rafael, CA 94901
Telephone: (415) 834-1778
Fax: (415) 834-1842
Attorneys for Plaintiff MELISSA ANTABLIN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA ANTABLIN,<br><br>           Plaintiff,<br><br>      vs.<br><br>MOTION PICTURE COSTUMERS, LOCAL #705, INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOTION PICTURE TECHNICIANS, ARTISTS AND ALLIED CRAFTS,<br><br>           Defendant. | Case Nos.  2:18-cv-09474-MCS-SS;<br>2:20-cv-08762-MCS-AS<br><br>[Proposed] Order Granting Request to Appear Telephonically<br><br>Date:  May 17, 2021<br>Time:  10:00 a.m.<br>Place:  Courtroom 7C<br>           First Street Courthouse<br>           350 W. 1st Street<br>           Los Angeles, California 90012 |

**[Proposed] ORDER**

Based on the Request to Appeal Telephonically filed by Plaintiff's Counsel, and for good cause showing that a personal appearance at the Scheduling Conference will cause undue hardship, the Court GRANTS the Request to Appeal Telephonically at the Scheduling Conference May 17, 2021 at 10:00 a.m.

SO ORDERED

Dated:  May___ , 2021.

_____
Mark C. Scarsi
United States District Judge