JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MELISSA ANTABLIN, | Case No. 2:20-cv-08762-MCS-AS |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | |
| MOTION PICTURE COSTUMERS, LOCAL #705, INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOTION PICTURE TECHNICIANS, ARTISTS AND ALLIED CRAFTS, | |
| Defendant. | |

Pursuant to the Court's Order Re: Pending Motions, it is ORDERED, ADJUDGED, AND DECREED that judgment be entered in favor of Defendant Motion Picture Costumers, Local #705, International Alliance of Theatrical Stage Employees and Motion Picture Technicians, Artists and Allied Crafts, and against Plaintiff Melissa Antablin. The action is dismissed with prejudice as to Plaintiff's retaliation and breach of duty of fair representation claims and without prejudice as to her inspection claims. Plaintiff shall take nothing.

**IT IS SO ORDERED.**

Dated: November 15, 2021

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE